NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Jacob M. Heath (SBN 238959)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401
jheath@orrick.com

ATTORNEY(S) FOR: Fenix Internet LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marcel Muto, and all others similarly situated<br><br>Plaintiff(s),<br>v.<br>Fenix International Limited; Fenix Internet LLC, a Delaware limited liability corporation<br><br>Defendant(s) | CASE NUMBER:<br>5:22cv-02164<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Fenix Internet LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Fenix International Limited<br>Fenix Internet LLC | Fenix International Limited is the sole member of Fenix Internet LLC. |

| | |
|---|---|
| December 5, 2022 | /s/ Jacob M. Heath |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Fenix Internet LLC