Jacob M. Heath (SBN 238959)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401
jheath@orrick.com

Attorneys for Defendant
FENIX INTERNET LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC, a Delaware limited liability corporation,<br><br>Defendants. | CASE NO. 5:22-cv-02164<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS**<br><br>Judge:   Hon. Sunshine S. Sykes<br><br>Complaint served: November 4, 2022<br><br>Current response date: December 12, 2022<br><br>New response date: February 10, 2023 |

- 1 -

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS

The parties, through their respective counsel, hereby stipulate as follows:

1. On October 10, 2022, Plaintiff Marcelo Muto ("Plaintiff"), commenced this action in Riverside County Superior Court by filing a Class Action Complaint entitled *Marcelo Muto, and all others similarly situated, v. Fenix International Limited; Fenix Internet, LLC.* (Dkt. 1, Ex. A). Prior to attempting service of the Complaint, Plaintiff filed the First Amended Complaint ("FAC") on October 24, 2022. (Dkt. 1, Ex. A).

2. Pursuant to California Code of Civil Procedure § 415.40, Plaintiff served the summons and FAC on Fenix Internet's registered agent in Delaware via certified mail, with an effective date of service on November 4, 2022. Declaration of Jacob M. Heath ("Heath Decl.") Ex. A, ¶ 3.

3. On December 5, 2022, Fenix Internet timely removed the action to this Court. (Dkt. 1). Plaintiff does not intend to contest the removal of the action. Heath Decl. ¶ 5. Fenix Internet's current deadline to respond to the Complaint is December 12, 2022. Defendant Fenix International Limited ("FIL") has not yet been served with either the Complaint or FAC. *Id.* ¶ 4. FIL is incorporated and registered in England and Wales, with its headquarters in London. *Id.* ¶ 4. Counsel for Fenix Internet will also serve as counsel for FIL in this action. *Id.*

4. The parties' counsel met and conferred on December 2, 2022, and December 6, 2022. *Id.* ¶ 5. Defendants' counsel informed Plaintiff's counsel that Defendants intend to file a motion to dismiss the FAC. *Id.* To facilitate the efficient management of this action, FIL agrees to authorize counsel to accept service of this action[1] in exchange for Plaintiff's agreement to stipulate and request that the Court set a deadline of February 10, 2023, for Defendants to respond to the FAC (i.e. a 60-day extension for Fenix Internet). *Id.* ¶¶ 5-6.

---

[1] FIL's authorization for counsel to accept service shall be limited solely to acceptance of service of the FAC in this matter, and is neither intended to authorize, nor be construed in any way as authorizing, service in any other proceeding. *Id.*

5. This stipulation both helps Plaintiff's counsel avoid the time and expense of effectuating service through the Hague Service Convention, and streamlines proceedings for the Court by enabling Defendants to file a joint motion to dismiss. Moreover, the 60-day deadline is less than the 90 days that FIL would be entitled to under Fed. R. Civ. P. 4(d)(3) if it had executed a formal waiver of service.

Therefore, the parties respectfully request that the Court extend the deadline for Defendants Fenix Internet LLC and Fenix International Limited to respond to the First Amended Complaint to February 10, 2023.

Dated:       December 7, 2022          **ORRICK HERRINGTON & SUTCLIFFE LLP**

By: *s/ Jacob M. Heath*
JACOB M. HEATH (SBN 238959)
jheath@orrick.com
1000 Marsh Road
Menlo Park, CA  94025-1015
Tel:   +1 650 614 7400
Fax:   +1 650 614 7401

*Attorneys for Defendant Fenix Internet LLC*

Dated:       December 7, 2022          **GAW | POE LLC**

By: *s/ Mark W. Poe*
MARK W. POE (SBN 223714
mpoe@gawpoe.com
VICTOR MENG (SBN 254102)
vmeng@gawpoe.com
FLORA VIGO (SBN 239643)
fvigo@gawpoe.com
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Tel: 415-766-7451
Fax: 415-737-0642

*Attorneys for Plaintiff Marcelo Muto*

STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS