Jacob M. Heath (SBN 238959)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401
jheath@orrick.com

Attorneys for Defendant
FENIX INTERNET LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC, a Delaware limited liability corporation,<br><br>Defendants. | CASE NO. 5:22-cv-02164<br><br>**DECLARTION OF JACOB M. HEATH IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS**<br><br>Judge: Hon. Sunshine S. Sykes<br>Complaint served: November 4, 2022<br>Current response date: December 12, 2022<br>New response date: February 10, 2023 |

I, Jacob M. Heath, declare as follows:

1. I am an attorney admitted to practice in the State of California and in the United States District Court for the Central District of California. I am an attorney at Orrick, Herrington & Sutcliffe LLP, and counsel for Fenix Internet LLC in this action. I make this declaration based on my personal knowledge and review of

- 1 -

company records maintained in the regular course of Fenix Internet, LLC's business. I could competently testify to the matters set forth herein if called do so as a witness in court.

2. Fenix Internet, LLC has its principal place of business at 501 Silverside Road, Suite 87AXK, Wilmington, Delaware, and is organized under the laws of Delaware.

3. Pursuant to California Code of Civil Procedure § 415.40, Plaintiff Marcelo Muto ("Plaintiff") served the summons and First Amended Complaint ("FAC") on Fenix Internet's registered agent in Delaware via certified mail, with an effective date of service on November 4, 2022.

4. Defendant Fenix International Limited is incorporated and registered in England and Wales, with its headquarters in London. Defendant Fenix International Limited ("FIL") has not yet been served with either the Complaint or FAC. Counsel for Defendant Fenix Internet will also serve as counsel for Defendant FIL in this action (collectively, "Defendants").

5. The parties' counsel met and conferred on December 2, 2022, and December 6, 2022. During the meet and confer, Plaintiff's counsel indicated that Plaintiff does not intend to contest removal to this Court. Defendants' counsel also informed Plaintiff's counsel that Defendants intend to file a motion to dismiss the FAC. In order to facilitate the efficient management of this action, Defendants' counsel proposed that FIL would agree to authorize counsel to accept service on its behalf in exchange for Plaintiff's agreement to stipulate and request that the Court set a deadline of February 10, 2023, for Defendants to respond to the FAC. Defendants' counsel made clear that FIL's authorization for counsel to accept service is limited solely to acceptance of service of the FAC in this matter, and is neither intended to authorize, nor be construed in any way as authorizing, service in any other proceeding.

6. On December 6, 2022, Plaintiff's counsel informed Defendants' counsel that it accepted the proposal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 7th of December, 2022, in Menlo Park, California.

*/s/ Jacob M. Heath*
Jacob M. Heath