Jacob M. Heath (SBN 238959)
Orrick, Herrington & Sutcliffe LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Telephone: +1 650 614 7400
Facsimile: +1 650 614 7401
jheath@orrick.com

Attorneys for Defendant
FENIX INTERNET LLC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC a Delaware limited liability corporation,<br><br>*Defendants.* | CASE NO. 5:22-cv-02164-SSS<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS**<br><br>Judge:     Hon. Sunshine S. Sykes<br><br>Complaint served: November 4, 2022<br><br>Current response date: December 12, 2022<br><br>New response date: February 10, 2023 |

- 1 -

[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND
TO FIRST AMENDED COMPLAINT BY MORE THAN 30 DAYS

1  **AND NOW**, this ___ day of December, 2022, upon consideration of Plaintiff MARCELO MUTO and Defendants FENIX INTERNATIONAL LIMITED and FENIX INTERNET LLC's joint Stipulation to Extend Time to Respond to First Amended Complaint and good cause appearing, it is hereby **ORDERED** that said Motion is **GRANTED**. The deadline for Defendants FENIX INTERNATIONAL LIMITED and FENIX INTERNET LLC to respond to Plaintiff's First Amended Complaint is February 10, 2023.

Dated: December ____, 2022

**SO ORDERED:**

**Honorable Sunshine S. Sykes**
United States District Judge