MARK W. POE (BAR NO. 223714)
 mpoe@gawpoe.com
VICTOR MENG (BAR NO. 254102)
 vmeng@gawpoe.com
FLORA VIGO (BAR NO. 239643)
 fvigo@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA  94111
Telephone:   415-766-7451

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC,<br><br>Defendants. | Case No.: 5:22-cv-02164-SSS-KKx<br><br>**ORDER RE: STIPULATION TO FILE SECOND AMENDED COMPLAINT, AND SETTING DEFENDANTS' TIME TO RESPOND TO SAME**<br><br>Judge:    Hon. Sunshine Suzanne Sykes<br><br>**NOTE CHANGES MADE BY COURT** |

Having considered the parties' Stipulation to File Second Amended Complaint, and Setting Defendants' Time to Respond to Same, and in the interests of judicial efficiency and conserving the resources of the parties, it is hereby **ORDERED** that:

1. Plaintiffs are hereby GRANTED leave to file the proposed Second Amended Complaint, and shall do so within three days of the entry of this order;

2. Plaintiff is also DIRECTED to file contemporaneously therewith a Notice of Lodging to the Second Amended Complaint that provides the Court with a redline version that shows the amendments; and

3. Defendants shall have up to and including March 10, 2023 to file their response to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: January 12, 2023

_____
Honorable Sunshine S. Sykes
United States District Judge

1