MARK W. POE (BAR NO. 223714)
 mpoe@gawpoe.com
VICTOR MENG (BAR NO. 254102)
 vmeng@gawpoe.com
FLORA VIGO (BAR NO. 239643)
 fvigo@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA  94111
Telephone:  415-766-7451

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, NOAH BREEZE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC,<br><br>Defendants. | Case No.: 5:22-cv-02164-SSS-KK<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE**<br><br>Judge: Hon. Sunshine S. Sykes<br>Courtroom: Courtroom 2<br>Date: April 28, 2023<br>Time: 2:00 pm |

# REQUEST FOR JUDICIAL NOTICE

A court may take judicial notice of any fact that may be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(2).  Thus, a court may take notice of orders and proceedings in foreign courts.  *Stewart v. Screen Gems-EMI Music, Inc.*, 81 F. Supp. 3d 938, 952 (N.D. Cal. 2015) (taking judicial notice of foreign court decision); *Mike's Train House, Inc. v. Lionel, L.L.C.*, 472 F.3d 398, 411-12 (6th Cir. 2006) (taking judicial notice of forty-five exhibits that included English translations of documents generated during Korean legal proceedings); *Channer v. Brooks*, No. 3:99-CV-1707 (AWT) (DFM), 2001 U.S. Dist. LEXIS 25065, at *1 (D. Conn. July 19, 2001) ("A federal court may take judicial notice of a decision rendered by the judicial system of a state or foreign country."), *aff'd*, 320 F.3d 188 (2d Cir. 2003); *see also U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo*, 971 F.2d 244, 248 (9th Cir.1992) (noting that courts may "take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to the matters at issue.").

Accordingly, Plaintiffs Marcelo Muto and Noah Breeze respectfully request the Court to take judicial notice of the following:

1. Attached as **Exhibit A** is a true and correct copy of the judgment from the United Kingdom Supreme Court, for the matter styles *Lloyd v. Google LLC*, No. [2021] UKSC 50, dated November 10, 2021.

2. Attached as **Exhibit B** is a true and correct copy of Part 19 of the Civil Procedure Rules of the United Kingdom, which may also be downloaded at https://www.justice.gov.uk/courts/procedure-rules/civil/rules/part19.

\\\
\\\
\\\

1

1        3.     Attached as **Exhibit C** is a true and correct copy of The Consumer Contracts (Information, Cancellation and Additional Charges) Regulations 2013, referenced at paragraph 30.a of the Declaration of Antony White, KC.

Dated:       March 31, 2023        GAW | POE LLP

By:    s/ *Mark Poe*
       MARK POE
       Attorneys for Plaintiffs