| | |
|---|---|
| 1 | Jacob M. Heath (SBN 238959) |
| 2 | Orrick, Herrington & Sutcliffe LLP |
|   | 1000 Marsh Road |
| 3 | Menlo Park, CA 94025-1015 |
|   | Telephone: +1 650 614 7400 |
| 4 | Facsimile: +1 650 614 7401 |
|   | jheath@orrick.com |
| 5 | Attorneys for Defendants |
| 6 | FENIX INTERNATIONAL LIMITED and |
|   | FENIX INTERNET LLC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, NOAH BREEZE, and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC, <br><br> Defendants. | CASE NO. 5:22-cv-02164-SSS-KK <br><br> **DECLARATION OF JACOB M. HEATH IN SUPPORT OF DEFENDANTS FENIX INTERNATIONAL LIMITED AND FENIX INTERNET LLC'S OPPOSED STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS** <br><br> Judge:   Hon. Sunshine S. Sykes |

I, Jacob M. Heath, declare as follows:

1. I am an attorney admitted to practice in the State of California and in the United States District Court for the Central District of California. I am an attorney at Orrick, Herrington & Sutcliffe LLP, and counsel for Fenix International Limited and Fenix Internet LLC in this action. I make this declaration based on my personal knowledge and review of company records maintained in the regular course of Fenix

- 1 -

1  International Limited and Fenix Internet LLC's business. I could competently testify
2  to the matters set forth herein if called do so as a witness in court.

3      2.    This action was initially filed in Riverside County Superior Court on
4  October 10, 2022. Before service was attempted, a First Amended Complaint
5  ("FAC") was then filed in Riverside County Superior Court on October 24, 2022.
6  Defendant Fenix Internet LLC ("Fenix Internet") was served with the summons and
7  FAC on November 4, 2022. Fenix Internet removed the case on December 5, 2022,
8  thirty days after service. At that time, Defendant Fenix International Ltd. ("FIL")
9  had not been served.

10      3.    Following removal, the parties agreed on December 6, 2022, that FIL
11  would authorize its counsel to accept service of the FAC in this matter in exchange
12  for a stipulation to set the deadline for responsive pleadings to February 10, 2023.
13  This Court granted a stipulation in accord with that agreement on December 8, 2022.

14      4.    On January 11, 2023, the parties filed a stipulation agreeing to grant
15  leave for the filing of a Second Amended Complaint ("SAC"), and setting the time
16  for a responsive pleading to the SAC to be due March 10, 2023. On January 12,
17  2023, the Court entered an order consistent with that stipulation.

18      5.    On March 10, 2023, Defendants filed their Motion to Dismiss the SAC.
19  That Motion was fully briefed on April 14, 2023. The hearing on the Motion is
20  currently scheduled for April 28, 2023.

21      6.    Meanwhile, on March 10, 2023—the same day that Defendants' Motion
22  to Dismiss was filed in this action—another substantially identical action, entitled
23  *Doe v. Fenix Internet*, was filed in Orange County Superior Court. That action was
24  never served on Fenix Internet, and it was subsequently voluntarily dismissed on
25  March 27, 2023, on the ground that it had been inadvertently filed in Orange County
26  when the named plaintiffs were not residents of Orange County.

27      7.    The *Doe* action was then refiled in Los Angeles County Superior Court
28  on April 3, 2023, and the *Doe* Plaintiffs served the Complaint and summons upon

1  Fenix Internet on April 4, 2023.  On April 12, 2023, a First Amended Complaint was
2  filed in Los Angeles Superior Court, which added FIL as Defendant.  The First
3  Amended Complaint was served upon Fenix Internet on April 14, 2023.  To date,
4  FIL has not been served with any papers in the *Doe* action.

5        8.    On April 20, 2023, Fenix Internet removed the *Doe* action to the U.S.
6  District Court for the Central District of California.  On that same day, Fenix Internet
7  and FIL filed a Notice of Related Cases in this action, notifying the Court that the
8  *Doe* action and this action presented a number of identical questions of law and fact.
9  A copy of the Notice of Related Cases is attached hereto as Exhibit A.  As set forth
10 in the Notice of Related Cases, both the *Doe* action and this action: (1) name the same
11 defendants (FIL and Fenix Internet); (2) allege that OnlyFans, the social media
12 platform owned and operated by FIL, failed to clearly and conspicuously disclose
13 that subscriptions to creators on the platform would automatically renew in violation
14 of California law; (3) raise the question of whether a forum-selection clause in the
15 OnlyFans Terms of Service requires the two actions to be brought in the courts of
16 England and Wales; (4) raise the question of whether FIL and Fenix Internet—neither
17 of which is domiciled in California—can be subject to jurisdiction in California; and
18 (5) seek to represent the same California class.  *See* Ex. A.

19       9.    Per Local Rule 83-1.3.3, Plaintiffs have five days—until April 25,
20 2023—to file any opposition to the Notice of Related Cases.

21       10.    Once this case and the *Doe* action are related, Fenix Internet intends to
22 file a Motion to Consolidate the two actions, pursuant to Federal Rule of Civil
23 Procedure 42.  Per Local Rule 6-1, and this Court's schedule for civil motion
24 hearings, that Motion will not be heard at the earliest until May 26, 2023.

25       11.    I declare under penalty of perjury under the laws of the United States
26 that the foregoing is true and correct.

27
28

Executed on the 20th of April, 2023, in Menlo Park, California.

                                                */s/ Jacob M. Heath*
                                                Jacob M. Heath