# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:22−cv−02164−SSS−KK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   4/20/2023

Document No.:   23

Title of Document:   DEFENDANTS FENIX INTERNATIONAL LIMITED AND FENIX INTERNET LLCS OPPOSED STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS

**ERROR(S) WITH DOCUMENT:**

Fed. R. Civ. P. 5 no proof of service attached.

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: April 21, 2023

By: */s/ Sharon Hall−Brown*
   *Sharon_Hall−Brown@cacd.uscourts.gov*
   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G−112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**