UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, NOAH BREEZE, and all others similarly situated,<br><br>        Plaintiff/s,<br><br>    v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC,<br><br>        Defendant/s. | No. 5:22-cv-02164-SSS-KKx<br><br>**ORDER DENYING DEFENDANTS' MOTION TO CONTINUE HEARING ON MOTION TO DISMISS [Dkt. 23]** |

The Court is in receipt of Defendants' "opposed stipulation" [Dkt. 23] to continue the hearing regarding their pending motion to dismiss [Dkt. 16], as well as Plaintiffs' opposition. First, the Court reminds Defendants that a stipulation, by definition, contains some agreement between the litigants, and that an "opposed stipulation" is properly considered a motion rather than a stipulation.

///

///

///

///

1

    Construing Defendants' filing as a motion, the Court further notes that Defendants have failed to comply with the requirements set forth in Local Rule 6-1 and 7-4. As such, the motion is **STRUCK**. As of this order, the hearing on their motion to dismiss remains on calendar for April 28, 2023 at 2 P.M.

    **IT IS SO ORDERED.**

Dated: April 21, 2023

_____
SUNSHINE S. SYKES
United States District Judge

2