UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, NOAH BREEZE, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC,<br><br>Defendants. | Case No. 5:22-cv-02164-SSS-KKx<br><br>**ORDER GRANTING JOINT STIPULATION FOR CONSOLIDATION (Doc. 32)**<br><br>**NOTE CHANGES MADE BY COURT** |
| JOHN DOE 1 and JOHN DOE 2, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNET LLC, a Delaware limited liability corporation; FENIX INTERNATIONAL LIMITED, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:23-cv-03005-SSS-KKx |

On May 9, 2023, Plaintiffs and Defendants in the above-captioned actions filed a Joint Stipulation for Consolidation.

The court, having considered the parties' Joint Stipulation for Consolidation and finding good cause, hereby **GRANTS** the Joint Stipulation for Consolidation and **ORDERS** as follows:

1. The following actions pending in this District shall be consolidated pursuant to Federal Rules of Civil Procedure 42(a):

    a. *Muto, et al. v. Fenix International Limited, et al.*, Case No. 5:22-cv-02164-SSS-KKx ("*Muto*"); and

    b. *John Doe 1, et al. v. Fenix Internet LLC, et al.*, Case No. 2:23-cv-03005-SSS-KKx ("*Doe*").

2. The consolidated case shall continue under the *Muto* caption and file number: *Muto, et al. v. Fenix International Limited, et al.,* Case No. 5:22-cv-02164-SSS-KKx. All future filings in the consolidated proceedings shall be made under that file number.

3. The Clerk of Court is **DIRECTED** to **CLOSE** the later-filed case, *John Doe 1, et al. v. Fenix Internet LLC, et al.*, Case No. 2:23-cv-03005-SSS-KKx.

4. The June 9, 2023, hearing on Defendants' Motion to Dismiss [Dkt. 16] in the *Muto* action and the May 30, 2023, deadline for Defendants to answer or otherwise respond to the First Amended Class Action Complaint in the *Doe* action are vacated.

5. Within 21 days of the entry of an order consolidating the above-captioned actions, Plaintiffs will file a consolidated complaint (the "Consolidated Complaint");

6. Within 21 days after the Consolidated Complaint is filed, Defendants will file an answer or otherwise respond to the Consolidated Complaint;

7. Within 21 days after Defendants respond to the Consolidated

1 | Complaint, Plaintiffs will file their Opposition; and

8. Within 14 days after Plaintiffs file an opposition, Defendants will file their Reply.

**IT IS SO ORDERED**.

Dated: May 11, 2023

_____
SUNSHINE S. SYKES
United States District Judge