# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, *et al.*,<br><br>           Plaintiffs,<br><br>     v.<br><br>FENIX INTERNATIONAL LIMITED;<br>FENIX INTERNET LLC,<br><br>           Defendants. | Case No. 5:22-cv-02164-SSS-KK<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY** |

On August 24, 2023, Plaintiffs filed a Notice of Motion and Motion to Proceed Anonymously.

The Motion requests that certain Plaintiff John Doe 1 ("Doe 1") and Plaintiff John Doe 2 ("Doe 2") proceed anonymously in this matter against Defendants Fenix International Limited and Fenix Internet, LLC ("Defendants").

The court, having considered Plaintiffs' Motion and finding good cause, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff John Doe 1 and Plaintiff John Doe 2 shall proceed anonymously in this matter;

1
2       IT IS SO ORDERED.
3
4   Dated:
5                                           _____
6                                           SUNSHINE S. SYKES
                                            United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2