J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO MUTO, NOAH BREEZE, JOHN DOE 1, JOHN DOE 2, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENIX INTERNATIONAL LIMITED; FENIX INTERNET LLC,<br><br>Defendants. | CASE NO. 5:22-CV-02164-SSS-KKx<br><br>**JUDGMENT** |

The court has ordered that Defendants' motion to dismiss for lack of personal jurisdiction [Dkt 35] is GRANTED.  All claims in Plaintiffs' Consolidated Complaint [Dkt. 34] are DISMISSED and, pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants.

IT IS SO ORDERED.

Dated: May 7, 2024

_____
SUNSHINE S. SYKES
United States District Judge